# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| DEXIN FRANK LIN,<br>Appellant,<br>vs.<br>ANNA LIN,<br>Respondent. | No. 81858 **FILED**<br><br>NOV 17 2021<br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY ___S.Young___<br>DEPUTY CLERK |
| DEXIN FRANK LIN,<br>Appellant,<br>vs.<br>ANNA LIN,<br>Respondent. | ✓ No. 83744 |

## ORDER ADMINISTRATIVELY CLOSING APPEAL IN DOCKET NO. 83744 AND TRANSFERRING DOCUMENTS TO DOCKET NO. 81858

The notice of appeal documents in Docket No. 83744 indicate that appellant is attempting to appeal the order of affirmance issued by the Court of Appeals in Docket No. 81858-COA on October 22, 2021. The proper procedure for challenging a decision issued by the Court of Appeals is to file a petition for review in the Nevada Supreme Court pursuant to NRAP 40B. NRAP 40B(a). Accordingly, the notice of appeal filed in Docket No. 83744 is construed as a petition for review. The clerk of this court shall administratively close the appeal in Docket No. 83744 and transfer the documents filed in Docket No. 83744 to the appeal in Docket No. 81858. In light of this order, appellant may disregard the notice directing him to pay the filing fee in Docket No. 83744.

It is so ORDERED.

_____, C.J.
Hardesty

 
21-33088

cc: Hon. Charles J. Hoskin, District Judge, Family Court Division
Dexin Frank Lin
The Law Offices of Frank J. Toti, Esq.
Eighth District Court Clerk